**LVI ENVIRONMENTAL SERVICES, INC.**

v.

**DELTA/B.J.D.S., INC. and Travelers Casualty and Surety Company**

v.

**Suffolk Construction Company, Inc. and National Union Fire Insurance Company of Pittsburgh, PA.**

**Petition of: LVI Environmental Services, Inc. and National Union Fire Insurance Company of Pittsburgh.**

Supreme Court of Pennsylvania.

Nov. 13, 2007.

***ORDER***

PER CURIAM.

AND NOW, this 13th day of November, 2007, the Petitions for Allowance of Appeal and the Application for Post–Submission and for Summary Disposition are hereby DENIED.